# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| WILLIE MILTON COTTINGHAM, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-cv-00781-WMA-JEO |
| SHELBY COUNTY SHERIFF CHRIS CURRY, | ) |
| Defendant. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 28, 2013, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections were filed by either party.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

**DATED** this 26th day of November, 2013.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The court also notes that the plaintiff's copy of the report and recommendation was returned to the Clerk of the Court because the plaintiff has been released from custody. He did not provide the court with a forwarding address as required.